

FILED

09/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0259

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### No. DA 20-0259

STATE OF MONTANA,

   Plaintiff and Appellee,

v.

DAVID JOSEPH CORD,

   Defendant and Appellant.

FILED

SEP 2 5 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

### GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until November 2, 2020 to prepare, file, and serve the Appellant's opening brief.

DATED this 25th day of September, 2020.

Clerk of Supreme Court